UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: __21-1157__ |
| v. | : | CRIMINAL ACTION |
| __Kimberly Lefurge__ | : | ORDER OF RELEASE |

The Court orders the defendant, __Kimberly Lefurge__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

__/s/ Kimberly Lefurge__
DEFENDANT

__08/05/2021__
DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_[signature]_
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

__8/5/21__
DATE